■ VALLEY CADILLAC CORP., Respondent, v DAVID G. HOFF-MAN, Appellant. [19 NYS3d 448]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered April 15, 2014. The order and judgment, among other things, granted in part plaintiff's motion for summary judgment.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.